No. 73–6811. PATRIZZI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6812. JONES v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 73–6813. JOHNSON v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 73–6814. SHIRD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6815. FERGUSON v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 73–6816. HERNANDEZ v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 1st Cir. Certiorari denied.

No. 73–6818. WEEMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6819. STROUPE v. TIDWELL, COMMISSIONER OF REVENUE. Sup. Ct. Tenn. Certiorari denied.

No. 73–6820. COOPER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6821. MOUNCE v. ROSS ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6822. BOYD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 73–6823. JOHNSON ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.